# United States District Court for the District of New Jersey
## MARTIN LUTHER KING, JR. FEDERAL BUILDING & U.S. COURTHOUSE
## 50 WALNUT STREET
## NEWARK, NJ 07101
## PHONE: 973-645-3730

**Plaintiff**
**Anthony Bussie**
**Pro Se**
1426 Decatur Street
Camden, NJ 08104
856-963-0420
abussie64@hotmail.com

**Docket No:**

V.

**Defendants**
George W. Bush Jr., Former President
Richard Cheney, Former Vice President
Dr, Condolezza Rice, Former Secretary of the State
Barack Obama, U.S. President
Nancy Pelosi, Speaker of The House
John Conyers

**Date:** 08/30/2010

**Paragraph:**
Attached is a letter of complaint

**RECEIVED**

SEP 0 1 2010

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

1

**Anthony Bussie**
1426 Decatur Street
Camden, NJ 08104 1736
abussie64@hotmail.com
1-856-963-0420

**Date:** 08/30/2010

**Subject:** Discrimination Complaint

I want to file a complaint of **Discrimination** on George W. Bush Jr. failing to report my work to congress while President of the United States. I will not be able to move forward unless my debt is paid. It is in the Constitution Article I, II and III that the President and his Congress must pay debts. This is what the Constitution calls for.

He succeeded at the following:

- Using my psychic or remote view service work responsibilities: information and knowledge of the enemies foreign and domestic.

- Using on going psychic or remote view projects like military war dogs.

- Knowing about success while President using my psychic or remote view service.

My story is a Supreme Law to be in Federal Court. On page no. 2 is William Alvin Lloyd story. And on page no. 3 is the Supreme Law called Totten v. United States.

On page no. 4 describes Constitution law and Federal law that George W. Bush Jr. violates. Former President George W. Bush Jr. and his Adminstration fails at servicing the constitution. Former President George W. Bush Jr. failed at Article II, Section 3 constitution violations. Former President George W. Bush Jr. failed at Article I, Section 9 of the constitution and War Power Act of 1973. Without prejudice former President George W. Bush Jr. is guilty of **not** servicing our constitution and federal law.

Republican George W. Bush Jr. has unethical practices. He inherits unfair pay from Good Year Tire [Lilly Ledbetter v. Goodyear Tire and Tire Co.]. George W. Bush Jr. ignores President Lyndon B. Johnson Civil Rights Act of 1964.

George W. Bush Jr. simply understand to just support the wealthy. On pages no. 5 to 10 describe his big spending on the rich.

A New York Times article dated September 30, 2008, with Speaker of the House Nancy Pelosi. On page no. 11, item no. 3 describes President George Bush Jr. economic failure. On page no. 10, item no. 11 describes President George Bush Jr. bad approval ratings.

A CNN article dated July 17, 2008, with Speaker of the House Nancy Pelosi. On page no. 13, item no. 1, 2, 3 and 4 describes President George Bush Jr. failures in leading this country.

In closing George W. Bush Jr. is a complete failure while President. I need Federal Court to clean up George W. Bush Jr. economic mess.

1

# William Alvin Lloyd

From Wikipedia, the free encyclopedia

William Alvin Lloyd, a steamboat and railroad guide publisher, was employed during the Civil War as a personal spy for President Abraham Lincoln. Lloyd along with his associates Thomas H.S. Boyd and F.J. Bonfanti were able to travel throughout the south during the war, and gather intelligence. After his death, Lloyd's estate filed suit against the government for unpaid compensation. This suit resulted in the U.S. Supreme Court case Totten v. United States.

## Lloyd's Visit to Lincoln in 1861

In the summer of 1861 William Aldrich Lloyd came to President Abraham Lincoln. Lloyd came to request a passport to allow him travel into Confederate States of America. The passport would allow Lloyd to do research for his guidebooks on railroad and steamboat transportation. Lincoln agreed to issue Lloyd the passport on the condition that he would act as Lincoln's personal secret agent. Despite initial disinterest, Lloyd accepted Lincoln's proposal. Lincoln issued passports for Lloyd, Mr. Boyd, Mr. Bonfanti, Mrs. Boyd, and her maid in July of 1861. When receiving his passport, Lloyd signed a contract with Lincoln stipulating:

- He would on the number of troops at specific points.
- He would procure the plans of the Confederacy forts and other battle structures.
- He would receive no codes or ciphers to use in his messages.
- He was to report to President Lincoln only.
- He would paid $200 monthly stipend, and be compensated for expenses.

## Activities in the Confederacy

Lloyd and his associates entered the Confederacy on 13 July 1861. In the following four years Lloyd remained in the Confederacy researching for his publications, and providing human intelligence (HUMINT) to President Lincoln. Over the course of the war, Lloyd traveled across the Confederacy and spent time in: Richmond, Savannah, Chattanooga, and New Orleans. Lloyd and his business partners had a well-established presence in the Confederacy prior to the war, which afforded them an easier time moving about the country. Despite their reputation, Lloyd's activities drew suspicion from government and military officials. Over the course of his four years in the Confederacy, Lloyd was incarcerated on at least four separate occasions. Lloyd was also questioned by authorities on many occasions, to determine his intentions. Prior to one of these interrogations Lloyd was forced to destroy the contract, which he kept inside his hat, before it was discovered.

It is believed that Lloyd's intelligence dispatches were used by Lincoln to check reports made from military commanders. However, due to the provisions of his contract, Lloyd and his associates experienced problems sending intelligence to President Lincoln. Lloyd was unable to send the intelligence through the Union Army, which had easier means to send dispatches via telegraph. President Lincoln also did not provide Lloyd with any code or cipher system, which would have allowed the encryption of the intelligence documents, which increased the risk of being exposed. Instead, Lloyd and his associates were forces to find alternate ways to send dispatches. Dispatches were often sent to members of Boyd's family living near Washington, D.C. Boyd's relatives would then deliver the message directly to the White House. On at least one other occasion, Boyd himself delivered a dispatch directly to President Lincoln. As a result of these challenges, intelligence provided by Lloyd often lacked critical timeliness. Still, over the course of the war Lloyd is known to have provided maps of fortifications, harbors, and troop strengths to Lincoln.

## The End of the War

Following the assassination of Lincoln, and the end of the war, Lloyd returned to the north. Lloyd submitted bills for his expenses to the government when he returned north. Secretary of War, Edwin Stanton issued a reimbursement for his expenses totaled $2,380. However, the Stanton refused to pay Lloyd his $200 a month stipend, which totaled $9,753.32 at the end of the war. The payment was refused because there was no remaining copy of the Lloyd's contract with President Lincoln. Lloyd returned to his business and the issue was dropped until his death in 1868.

# U.S. Supreme Court

## TOTTEN v. U S, 92 U.S. 105 (1875)
## 92 U.S. 105

### TOTTEN, ADMINISTRATOR,
### v.
### UNITED STATES.

### October Term, 1875

APPEAL from the Court of Claims.
Mr. Enoch Totten for the appellant.
Mr. Assistant Attorney-General Edwin B. Smith, contra.
MR. JUSTICE FIELD delivered the opinion of the court.

This case comes before us on appeal from the Court of Claims. The action was brought to recover compensation for services alleged to have been rendered by the claimant's intestate, William A. Lloyd, under a contract with President Lincoln, made in July, 1861, by which he was to proceed South and ascertain the number of troops stationed at different points in the insurrectionary States, procure plans of forts and fortifications, and gain such other information as might be beneficial [Totten v. U S92 U.S. 105 (1875)] to the government of the United States, and report the facts to the President; for which services he was to be paid $200 a month.

The Court of Claims finds that Lloyd proceeded, under the contract, within the rebel lines, and remained there during the entire period of the war, collecting, and from time to time transmitting, information to the President; and that, upon the close of the war, he was only reimbursed his expenses. But the court, being equally divided in opinion as to the authority of the President to bind the United States by the contract in question, decided, for the purposes of an appeal, against the claim, and dismissed the petition.

We have no difficulty at to the authority of the President in the matter. He was undoubtedly authorized during the war, as commander-in-chief of the armies of the United States, to employ secret agents to enter the rebel lines and obtain information respecting the strength, resources, and movements of the enemy; and contracts to compensate such agents are so far binding upon the government as to render it lawful for the President to direct payment of the amount stipulated out of the contingent fund under his control. Our objection is not to the contract, but to the action upon it in the Court of Claims. The service stipulated by the contract was a secret service; the information sought was to be obtained clandestinely, and was to be communicated privately; the employment and the service were to be equally concealed. Both employer and agent must have understood that the lips of the other were to be forever sealed respecting the relation of either to the matter. This condition of the engagement was implied from the nature of the employment, and is implied in all secret employments of the government in time of war, or upon matters affecting our foreign relations, where a disclosure of the service might compromise or embarrass our government in its public duties, or endanger the person or injure the character of the agent. If upon contracts of such a nature an action against the government could be maintained in the Court of Claims, whenever an agent should deem himself entitled to greater or different compensation than that awarded to him, the whole service in any case, and the manner of its discharge, with the details of dealings [92 U.S. 105, 107] with individuals and officers, might be exposed, to the serious detriment of the public. A secret service, with liability to publicity in this way, would be impossible; and, as such services are sometimes indispensable to the government, its agents in those services must look for their compensation to the contingent fund of the department employing them, and to such allowance from it as those who dispense that fund may award. The secrecy, which such contracts impose, precludes any action for their enforcement. The publicity produced by an action would itself be a breach of a contract of that kind, and thus defeat a recovery.

It may be stated as a general principle, that public policy forbids the maintenance of any suit in a court of justice, the trial of which would inevitably lead to the disclosure of matters which the law itself regards as confidential, and respecting which it will not allow the confidence to be violated. On this principle, suits cannot be maintained which would require a disclosure of the confidences of the confessional, or those between husband and wife, or of communications by a client to his counsel for professional advice, or of a patient to his physician for a similar purpose. Much greater reason exists for the application of the principle to cases of contract for secret services with the government, as the existence of a contract of that kind is itself a fact not to be disclosed.

**Judgment affirmed.**

## Former President George W. Bush Jr. Constitution Violations

I. **Constitution Violation 1:**
   1. Failure to pay a Debt while President
   2. Failure to pay a Debt using Congress (Constituent Spending, Stimulus Spending or Ear Mark Spending)

   **Article I Section VIII**
   The Congress shall have power To lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defence and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

II. **Constitution Violation 2:**
   1. Failed in Belief in God in pay (Book of Deuteronomy)

   **Article II Section I Claus VIII**
   I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

III. **Constitution Violation 3:**
   1. As Commander in Chief he failed servicing at pay from several invoices

   **Article II Section II Clause I**
   The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any subject relating to the Duties of their respective Offices, and he shall have power to Grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

IV. **Constitution Violation 4: Pay Violation:**
   Equal Pay Act
   Fair Pay Act
   Lilly Ledbetter Act
   Prompt Payment Act, 31 USC 1801
   New Jersey Prompt Payment Act N.J.S.A. 52:32-32
   The Paycheck Fairness Act
   Enoch Totten v. United States, Supreme Court

   **Sole Source Violation:**
   1. Small Business Discrimination
   2. Sole Source Discrimination
   3. Non Military Service Discrimination
   4. Department of Defense Discrimination
   5. Minority, Women Owned Discrimination
   6. HUB Zone or Empowerment Zone Discrimination
   7. Lobbying Discrimination

   **Article II Section III Claus IV**
   Caring for the faithful execution of the law.

A


EVER VIGILANT

May 17, 2010 08:00 AM Eastern Daylight Time

# CACI Awarded Prime Position on $1.5 Billion, Multiple-Award Contract to Support U.S. Special Operations Command

*New Work Will Support Operations and Intelligence, Acquisition and Logistics, and Business Operations/Financial Management Mission Areas*

ARLINGTON, Va.--(BUSINESS WIRE)--CACI International Inc (NYSE: CACI), announced today that it has been awarded one of four prime contracts to support the United States Special Operations Command's (USSOCOM) Global Battlestaff and Program Support (GBPS) effort. The indefinite delivery/indefinite quantity contract has a ceiling value of $1.5 billion and a period of performance that consists of a three-year base period and a two-year option period.

"Our selection as one of only four primes on this contract is a significant win for CACI. By providing USSOCOM with operations and intelligence, acquisition and logistics, and business operations and financial management support services, we're able to help the Special Operations Forces with their critical missions worldwide."

USSOCOM provides fully capable Special Operations Forces to defend the United States and its interests, and synchronizes planning of global operations against terrorist networks. This new work with the command grows CACI's functional core competency in integrated security and intelligence solutions (ISIS) through its support to USSOCOM's force sustainment, equipping, and modernization efforts, particularly focused on intelligence, surveillance, and reconnaissance capabilities. ISIS assists customers in developing integrated solutions to help them meet mission objectives in the areas of security, intelligence, and law enforcement.

Simultaneous to winning the ID/IQ contract award, CACI also won one of four task orders (Task Order 1) that were bid with the overall GBPS contract proposal. The $4 million Task Order 1, Intelligence Production Support for the USSOCOM Integrated Survey Program, has a five year period of performance and will provide USSOCOM with multimedia intelligence production, publication, and dissemination support services over the life of the task order.

Bill Fairl, CACI President of U.S. Operations, said "Our selection as one of only four primes on this contract is a significant win for CACI. By providing USSOCOM with operations and intelligence, acquisition and logistics, and business operations and financial management support services, we're able to help the Special Operations Forces with their critical missions worldwide."

According to Paul Cofoni, CACI President and Chief Executive Officer, "Winning this contract partners us with a customer whose mission sets are expanding and whose contributions to national interests are becoming more important as threats by non-nation states increase. Working with USSOCOM will enable us to make meaningful contributions to national interests as well as support warfighters serving in harm's way."

CACI provides professional services and IT solutions needed to prevail in the defense, intelligence, homeland security, and federal civilian government arenas. We deliver enterprise IT and network services; data, information, and knowledge management services; business system solutions; logistics and material readiness; C4ISR integration services; cyber solutions; integrated security and intelligence solutions; and program management and SETA support services. CACI services and solutions help our federal clients provide for national security, improve communications and collaboration, secure the integrity of information systems and networks, enhance data collection and analysis, and increase efficiency and mission effectiveness. CACI is a member of the Fortune 1000 Largest Companies and the Russell 2000 index. CACI provides dynamic careers for approximately 13,100 employees working in over 120 offices in the U.S. and Europe. Visit CACI on the web at www.caci.com and www.asymmetricthreat.net.

CACI
Corporate Communications and Media:
Jody Brown, Executive Vice President, Public Relations
(703) 841-7801
jbrown@caci.com
or
Investor Relations:
David Dragics, Senior Vice President, Investor Relations
(866) 606-3471
ddragics@caci.com

Permalink: http://www.businesswire.com/news/home/20100517005142/en/CACI-Awarded-Prime-Position-1.5-Billion-Multiple-Award

PRESS RELEASE
Aug. 12, 2010, 8:00 a.m. EDT · Recommend · Post: 

## CACI Awarded Prime Position on $49 Million Program With Naval Surface Warfare Center, Crane

New Work Enables Company to Support Basic Science, Engineering Research, and Development Work Across Fourteen Critical Disciplines at Facility





ARLINGTON, Va., Aug 12, 2010 (BUSINESS WIRE) -- CACI International Inc (CACI 41.73, -0.81, -1.90%) announced today that it has been awarded one of six prime positions covering all fourteen requirement areas included in a new program supporting the U.S. Navy's Naval Surface Warfare Center, Crane (NSWC Crane). The multiple award, five-year Basic Ordering Agreement (BOA) has a potential value of $49 million. The BOA calls for CACI to provide wide ranging support for basic science and/or engineering research and development work at the Navy facility located in Crane, Indiana. The new work is an extension of CACI's ongoing research, development, test, and evaluation efforts at the Center.

The award will help increase the Navy's sensor, weapons systems, and associated logistics capabilities with support from CACI's functional core competencies in C4ISR (command, control, communications, computers, intelligence, surveillance, and reconnaissance) and logistics support analysis.

NSWC Crane is the third largest Navy installation in the world. The facility provides comprehensive support for complex military systems spanning development, deployment, and sustainment in three mission areas: electronic warfare/information operations, special missions, and strategic missions. The Center leverages its unique technical capabilities and those of its industry partners to provide rapid response, technical solutions to meet the mission needs of the warfighter.

Under the BOA, support for research and development efforts will focus on traditional science and engineering disciplines to address issues of critical concern to NSWC Crane. CACI's primary areas of support will include special operations hardware, energy and power systems, defense security systems, electro-optics systems, and logistics activities at NSWC Crane's electronics depot. CACI is one of the few vendors with the depth and breadth of technical capability to be able to provide basic science, engineering research, and development work across all of NSWC Crane's fourteen critical disciplines.

According to Bill Fairl, CACI's President of U.S. Operations, "The Naval Surface Warfare Center, Crane is developing some outstanding capabilities for warfighters. This award allows CACI to increase our contribution to these essential efforts with everything from additional R&D support, to building equipment prototypes, and installing aircraft electro-optic systems."

CACI President and CEO Paul Cofoni observed that, "The innovative services we provide to this vital command directly support the warfighter. CACI's commitment to using the full potential of our proven expertise in the C4ISR and logistics arenas not only helps assure success for the facility's R&D efforts, it reinforces our role as a national asset for national priorities."

CACI provides professional services and IT solutions needed to prevail in the defense, intelligence, homeland security, and federal civilian government arenas. We deliver enterprise IT and network services; data, information, and knowledge management services; business system solutions; logistics and material readiness; C4ISR integration services; cyber solutions; integrated security and intelligence solutions; and program management and SETA support services. CACI services and solutions help our federal clients provide for national security, improve communications and collaboration, secure the integrity of information systems and networks, enhance data collection and analysis, and

increase efficiency and mission effectiveness. CACI is a member of the Fortune 1000 Largest Companies and the Russell 2000 index. CACI provides dynamic careers for approximately 13,100 employees working in over 120 offices in the U.S. and Europe. Visit CACI on the web at www.caci.com and www.asymmetricthreat.net.

There are statements made herein which do not address historical facts, and therefore could be interpreted to be forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995. Such statements are subject to factors that could cause actual results to differ materially from anticipated results. The factors that could cause actual results to differ materially from those anticipated include, but are not limited to, the following: regional and national economic conditions in the United States and the United Kingdom, including conditions that result from a prolonged recession; terrorist activities or war; changes in interest rates; currency fluctuations; significant fluctuations in the equity markets; failure to achieve contract awards in connection with recompetes for present business and/or competition for new business; the risks and uncertainties associated with client interest in and purchases of new products and/or services; continued funding of U.S. government or other public sector projects, based on a change in spending patterns, or in the event of a priority need for funds, such as homeland security, the war on terrorism or rebuilding Iraq; or an economic stimulus package; government contract procurement (such as bid protest, small business set asides, loss of work due to organizational conflicts of interest, etc.) and termination risks; the results of government investigations into allegations of improper actions related to the provision of services in support of U.S. military operations in Iraq; the results of government audit and reviews conducted by the Defense Contract Audit Agency or other government entities with cognizant oversight; individual business decisions of our clients; paradigm shifts in technology; competitive factors such as pricing pressures and/or competition to hire and retain employees (particularly those with security clearances); market speculation regarding our continued independence; material changes in laws or regulations applicable to our businesses, particularly in connection with (i) government contracts for services, (ii) outsourcing of activities that have been performed by the government, (iii) competition for task orders under Government Wide Acquisition Contracts ("GWACs") and/or schedule contracts with the General Services Administration; and (iv) accounting for convertible debt instruments; our own ability to achieve the objectives of near term or long range business plans; and other risks described in the company's Securities and Exchange Commission filings.

SOURCE: CACI International Inc

CACI International Inc

Corporate Communications and Media:

Jody Brown, Executive Vice President, Public Relations

703-841-7801

jbrown@caci.com

or

Investor Relations:

David Dragics, Senior Vice President, Investor Relations

866-606-3471

ddragics@caci.com



Copyright Business Wire 2010



*LOCKHEED MARTIN*
*We never forget who we're working for®*

# Lockheed Martin Receives $71M Production Contract from General Dynamics for Warfighter Information Network - Tactical (WIN-T)

## Corporation to Produce Tactical Communication Equipment for Combat Vehicles

GAITHERSBURG, Md., August 2nd, 2010 -- Brigade combat teams maneuvering across wide geographic areas will soon be linked with commanders and the Global Information Grid through an on-the-move broadband networking capability. As part of Warfighter Information Network-Tactical (WIN-T) Increment 2, General Dynamics awarded Lockheed Martin [NYSE: LMT] a contract to provide communications hardware and equipment for the transmission subsystem. The transmission subsystem provides the foundation for the network's dynamic capability to transfer data over a highly dispersed, non-contiguous area. This contract award is valued at $71 million; this is the first part of a multiple year contract expected to be approximately $400 million in total value.

WIN-T will provide the high-capacity network backbone that will link warfighters across the battlefield. The next iteration of WIN-T, Increment 2, will equip tactical commanders' vehicles with on-the-move broadband communications, enabling them to see and command the battlespace wherever the mission demands.

"We are one step closer to helping warfighters stay connected to the systems they need while moving on the battlefield," said Jim Quinn, Vice President with Lockheed Martin's Information Systems & Global Solutions-Defense. "The equipment being produced will help provide a clear operational picture for theater combatant commanders by keeping mobile forces connected, communicating and synchronized."

Under this contract, Lockheed Martin's team will produce tactical communications equipment that will be incorporated into a variety of combat vehicle platforms. Equipment produced will include Transmission Subsystem radios, modems, antennas and mast systems. The team will also contribute in the development and delivery of training courses to signal operators as WIN-T Increment 2 is fielded.

Lockheed Martin is teamed with General Dynamics (Prime), BAE Systems, Harris Corporation, and L-3 Communications on the WIN-T program.

Headquartered in Bethesda, Md., Lockheed Martin is a global security company that employs about 136,000 people worldwide and is principally engaged in the research, design, development, manufacture, integration and sustainment of advanced technology systems, products and services. The Corporation's 2009 sales from continuing operations were $44.5 billion.

◘ SHARE

Media Contact: Suzanne Smith, 303-932-5230; e-mail, suzanne.m.smith@lmco.com

For additional information, visit our website: http://www.lockheedmartin.com



# CACI Awarded Prime Position on $900 Million Contract With U.S. Army Intelligence and Information Warfare Directorate

*Continues CACI's Ongoing Support for Army Communications-Electronics Research, Development and Engineering Center*

Arlington, VA, August 19, 2009 – CACI International Inc (NYSE:CACI) announced today it has been awarded an indefinite delivery/indefinite quantity task order contract to continue its support for the U.S. Army's Communications-Electronics Research, Development and Engineering Center (CERDEC) Intelligence and Information Warfare Directorate (I2WD) through the Technical Engineering Support Services (TESS) award. CACI is one of three companies awarded the five-year TESS contract, which has a ceiling value of $900 million.

TESS is a follow-on to the Engineering, Technical, and Operations Support Services (ETOSS) Contract that CACI has held since 2006. Its award continues more than 21 years of CACI support for I2WD under ETOSS and predecessor programs. For TESS, CACI will provide scientific and engineering support to assist I2WD in its mission of modernizing Army intelligence and information warfare capabilities and providing mission-critical support to warfighters worldwide. The award continues CACI's support for CERDEC I2WD and grows the company's business in command, control, communications, computers, intelligence, surveillance and reconnaissance (C4ISR) programs.

CACI's work with I2WD will include researching, prototyping, and developing systems for improved intelligence collection through the use of networked sensors. The company will support electronic combat capabilities to counter both conventional and cyber weapons, as well as information warfare systems capable of mounting both offensive and defensive operations.

Bill Fairl, CACI's President of U.S. Operations, said "CACI intelligence and information warfare solutions for the U.S. Army assure mission continuity and give troops the integrated information systems they need to protect themselves and defeat adversaries. Our experts will help I2WD identify, develop, evaluate, and insert emerging information technologies into operational systems to provide reliable and effective tools in the war on terrorism."

According to CACI President and CEO Paul Cofoni, "We are proud the U.S. Army continues to choose CACI for the proven value, expertise, reliability, and thought leadership we provide. CACI's award of the Technical Engineering Support Services contract strengthens our presence in the intelligence community and sustains our partnership with the U.S. Army's Communications-Electronics Research, Development and Engineering Center. Our selection to continue this important work further demonstrates CACI's success in providing the best solutions for America's highest priorities in homeland security and national defense."

CACI International Inc provides the professional services and IT solutions needed to prevail in today's defense, intelligence, homeland security, and federal civilian government arenas. We deliver enterprise IT and network services; data, information, and knowledge managementservices; business system solutions; logistics and material readiness; C4ISR integration services; cyber security, information assurance, and information operations; integrated security and intelligence solutions; and program management and SETA support services. CACI services and solutions help our federal clients provide for national security, improve communications and collaboration, secure the integrity of information systems and networks, enhance data collectionand analysis, and increase efficiency and mission effectiveness. We add value to our clients' operations, increase their skills and capabilities, and enhance their missions. CACI is a member of the Fortune 1000 Largest Companies and the Russell 2000 index. CACI provides dynamic careers for approximately 12,500 employees working in over 120 offices in the U.S. and Europe. CACI is the IT provider for a networked world. Visit CACI on the web at www.caci.com and www.asymmetricthreat.net.

# # #

For investor information contact:

David Dragics
Senior Vice President, Investor Relations
(866) 606-3471
ddragics@caci.com

For other information contact:

Jody Brown
Executive Vice President, Public Relations
(703) 841-7801
jbrown@caci.com


nytimes.com



PRINTER-FRIENDLY FORMAT
SPONSORED BY

CAREY MULLIGAN

---

September 30, 2008

# Transcript of Speaker Pelosi's Speech

1. Text of a speech given by Speaker Nancy Pelosi before the House vote on the bailout plan on Monday.
2. Madam speaker, when was the last time anyone ever asked you for $700 billion? It's a staggering figure. And many questions have arisen from that request. And we have been hearing, I think, a very informed debate on all sides — of — of this issue here today. I'm proud of the debate.
3. $700 billion. A staggering number. But only a part of the cost of the failed Bush economic policies to our country. Policies that were built on budget recklessness. When President Bush took office, he inherited President Clinton's surpluses — four years in a row, budget surpluses, on a trajectory of $5.6 trillion in surplus. And with his reckless economic policies, within two years, he had turned that around.
4. And now eight years later, the foundation of that fiscal irresponsibility, combined with an anything goes economic policy, has taken us to where we are today. They claim to be free market advocates, when it's really an anything goes mentality. No regulation, no supervision, no discipline. And if you fail, you will have a golden parachute, and the taxpayer will bail you out.
5. Those days are over. The party is over in that respect. Democrats believe in a free market. We know that it can create jobs, it can create wealth, it can create many good things in our economy. But in this case, in its unbridled form, as encouraged, supported, by the Republicans — some in the Republican Party, not all — it has created not jobs, not capital, it has created chaos.
6. And it is that chaos that the secretary of the Treasury and the chairman of the Fed came to see us just about a week and a half ago — seems like an eternity, doesn't it, so much has happened, the news was so bad. They described a very, very dismal situation. A dismal situation describing the state of our economy, the fragility of our financial institutions and the instability of our markets, our equity markets, our credit markets, our bond market.
7. And here we were listening to people who knew of what they spoke. Secretary of the Treasury brings long credentials and knowledge of the markets. More fearful, though, to me, more scary, was the statement — were the statements of Chairman Bernanke [Ben S. Bernanke, chairman of the Federal Reserve], because Chairman Bernanke is probably one of the foremost authorities in America on the subject of the Great Depression. I don't know what was so great about the Depression, but that's the name they give it. And we heard the secretary and the chairman tell us that this was a once in a hundred year phenomenon, this fiscal crisis was so drastic. Certainly once in 50 years, probably once in a hundred years.
8. And how did it sneak up on us? So silently, almost on little cat feet. That they would come in on that day — and they didn't actually ask for the money, that much money that night. It took two days until we saw the legislation that they were proposing to help calm the markets. And it was on that day that we learned of a $700 billion request.
9. But it wasn't just the money that was alarming. It was the nature of the legislation. It gave the secretary of the Treasury czar-like powers, unlimited powers, latitude to do all kinds of things and specifically prohibited judicial review or review of any other federal administrative agency to review their actions.
10. Another aspect of it that was alarming is it gave the secretary the power to use any money that came back from these infusions of cash to be used at the discretion of the secretary. Not to reduce the deficit, not to go into the general funds so that we could afford other priorities. To be used at the discretion of the secretary. It was shocking. Working together in a bipartisan way, we were able to make major improvements on that proposal, even though its fundamental basis was almost arrogant and insulting.
11. The American people responded almost immediately. Overwhelmingly, they said they know that something needs to be done. Say 78 percent of the American people said Congress must act. Fifty-eight-some percent said, but not to accept the Bush proposal. And so here we are today, a week later and a couple of days later, coming to the floor with a product — not a bill that I would have written, one that has major

disappointments with me, beginning with the fact that it does not have bankruptcy in this bill — and we will continue to persist and work to achieve that.

12. It's interesting, though, to me that when they describe this, the magnitude of the challenge and the precipice that we were on and how we had to act quickly and we had to act boldly and we had to act now, that it never occurred to them that the consequences of this market were being felt well in advance by the American people. And unemployment is up, and therefore we need unemployment insurance. That jobs are lacking, and therefore we need a stimulus package. So how can on the one hand could this be so urgent at the moment, and yet so unnecessary for us to address the effects of this poor economy in the households of America across our country?

13. We'll come back to that in a moment. Working together, we put together some standards — and I am really proud of what Barney Frank did in this regard. The first night, that night, that Thursday night, when we got the very, very dismal news, he immediately said, if we're going to do this — and Spencer Bachus was a part of this as well — in terms of if we're going to do this, we must have equity for the American people. We're putting up $700 billion, we want the American people to get some of the upside. So equity, fairness for the American people.

14. Secondly, if they were describing the root of the problem as the mortgage-backed securities, Barney insisted that we would have forbearance on foreclosure. If we're now going to own that paper, that we would then have forbearance to help responsible homeowners stay in their home.

15. In addition to that, we have to have strong, strong oversight. We didn't even have to see the $700 billion or the full extent of their bill to know that we needed equity and upside for the taxpayer, forbearance for the homeowner, oversight of the government on what they were doing, and something that the American people understand full well, an end to the golden parachutes and the — a — review and reform of the compensation for C.E.O.'s.

16. Let's get this straight. We have a situation where on Wall Street people are flying high, they are making unconscionable amounts of money. They make a lot of money, they privatize the gain, the minute things go tough, they nationalize the risk. They get a golden parachute as they drive their firm into the ground, and the American people have to pick up the tab. Something is very, very wrong with this picture.

17. So just on first blush, that Thursday night, we made it clear, meeting much resistance on the part of the administration, that those four things, equity, forbearance, oversight, and reform of compensation. Overriding all of this is a protection of the taxpayer. We need to stabilize the markets. In doing so, we need to protect the taxpayers.

18. And that's why I'm so glad that this bill contains a suggestion made by Mr. Tanner [Representative John Tanner, Democrat of Tennessee] that if at the end of the day, say in five years, when we can take a review of the success or whatever of this initiative, that if there is a shortfall and we don't get our whole $700 billion back that we have invested, that there will be an initiative to have the financial institutions that benefited from this program to make up that shortfall.

19. But not one penny of this should be carried by the American people. People asked, and Mr. Spratt [Representative John M. Spratt Jr., Democrat of South Carolina] spoke with great knowledge and eloquence on the budget and aspects of the budget. $700 billion, what is the impact, what is the opportunity cost for our country of the investments that we would want to make?

20. O.K., now we have it in place where the taxpayer is going to be made whole and that was very important for us. But why on the drop of a hat can they ask us for $700 billion, and we couldn't get any support from the administration on a stimulus package that would also help grow the economy?

21. People tell me all over the world that the biggest emerging market, economic market in the world, is rebuilding the infrastructure of America. Roads, bridges, waterways, water systems in addition to waterways. The grid, broadband, schools, housing, certain schools. We are trillions of dollars in deficit there.

22. We know what we need to do to do it in a fiscally sound way, in a fiscally sound way that creates good-paying jobs in America immediately. Brings money into the treasury by doing so, and again does all of this in an all-American way. Good-paying jobs here in America.

23. We can't get the time of day for 25, $35 billion for that, which we know guarantees jobs, et cetera, but $700 billion. So make no mistake, when this Congress adjourns today to observe Rosh Hashanah and have members go home for a bit, we are doing so at the call of the chair. Because this subject is not over, this discussion about how we save our economy.

24. And we must insulate Main Street from Wall Street. And as Congresswoman Waters [Representative Maxine Waters, Democrat of California] said, Martin Luther King Drive, in my district Martin Luther King Drive, and Cedar Chavez Road and all of the manifestations of community and small businesses in our community. We must insulate them from that. And so we have difficult choices, and so many of the things that were said on both sides of this issue in terms of its criticisms of the bill we have and

11

the bill that we had at first, and the very size of this, I share. You want to go home, so I'm not going to list all of my concerns that I have with it.

25. But it just comes down to one simple thing. They have described a precipice. We are on the brink of doing something that might pull us back from that precipice. I think we have a responsibility. We have worked in a bipartisan way. I want to acknowledge Mr. Blunt and Mr. Boehner, the work that we have done together, trying to find as much common ground as possible on this.

26. But we insisted the taxpayer be covered. We all insisted that we have a party-is-over message to Wall Street. And we insisted that, that taxpayers at risk must recover — that any risk must be recovered. I told you that already. So, my colleagues, let's recognize that this Congressional — this legislation is not the end of the line.

27. Mr. Waxman [Representative Henry A. Waxman, Democrat of California] will be having vigorous oversight this week, hearings this week on regulatory reform and other aspects of it. I hope you will pursue fraud and mismanagement and the rest. Mr. Frank and his committee will continue to pursue other avenues that we can stabilize the markets and protect the taxpayer. For too long, this government, in eight years, has followed a right-wing ideology of anything goes, no supervision, no discipline, no regulation.

28. Again, all of us are believers in free markets, but we have to do it right. Now, let me again acknowledge the extraordinary leadership of Mr. Frank. He has been an exceptional leader in the Congress, but never has his knowledge and his experience and his judgment been more needed than now. And I thank you, Mr. Frank, for your exceptional leadership, Mr. Chairman.

29. I also — so many people worked on this, but I also want to acknowledge the distinguished chair of our caucus, Mr. Emanuel. His knowledge of the markets, the respect he commands on those subjects, and his boundless energy on the subjects served us well in these negotiations. But this, this is a bipartisan initiative that we are bringing to the floor. We have to have a bipartisan vote on this. That is the only message that will send a message of confidence to the markets.

30. So I hope that — I know that we will be able to live up to our side of the bargain. I hope the Republicans will, too.

31. But my colleagues, as you go home and see your families and observe the holiday and the rest, don't get settled in too far, because as long as the American — this challenge is there for the American people, the threat of losing their jobs, the credit, their credit, their jobs, their savings, their retirement, the opportunity for them to send their children to college.

32. As long as in the households of America, this crisis is being felt very immediately and being addressed at a different level, we must come back, and we will come back as soon and as often as it is necessary to make the change that is necessary. And before long we will have a new Congress, a new president of the United States, and we will be able to take our country in a new direction.

Pelosi: Bush 'a total failure'
Story Highlights
House speaker says president losing all credibility with the American people
Pelosi says she won't bring offshore oil drilling to vote
She says companies should drill in existing allowed areas first
Pelosi defends House's record, says Senate Republicans stall legislation
By Alexander Mooney
CNN

1. (CNN) -- House Speaker Nancy Pelosi called President Bush "a total failure" on Thursday, among the California Democrat's harshest assessments to date of the president.
2. "God bless him, bless his heart, president of the United States -- a total failure, losing all credibility with the American people on the economy, on the war, on energy, you name the subject," Pelosi told CNN's Wolf Blitzer in an exclusive interview.
3. The comments came two days after the president sharply criticized Congress over what he described as relative inaction over the course of the legislative term. At the White House on Wednesday, Bush noted that there were only 26 legislative days left in the fiscal year and said Congress would need to pass a spending bill every other day to "get their fundamental job done."
4. "This is not a record to be proud of, and I think the American people deserve better," Bush said. Watch Pelosi respond to criticism of Congress from the president »
5. In the interview, Pelosi said the president was in no position to criticize Congress and brushed aside the criticisms as "something to talk about because he has no ideas."
6. "For him to be challenging Congress when we are trying to sweep up after his mess over and over and over again -- at the end of the day, Congress will have passed its responsibility to pass legislation," she said. iReport.com: Why isn't impeachment on the table?
7. But Pelosi's comments come as a new Gallup poll registers the lowest level of congressional approval among Americans in the polling organization's 30-year history of conducting that survey.
8. That poll showed that its approval rating had reached an anemic 14 percent, while more than 70 percent of those polled said they disapproved of the job Congress is doing.
9. The House speaker said she doesn't consider those numbers a negative referendum on the Democrats in charge, saying she thinks they stem largely from Congress' failure to end the war in Iraq.
10. "Everything I see says this is about ending the war -- 'I disapprove of Congress' performance in terms of ending the war,' " she said. "In the House, we, of course, have over and over, five or six times, sent to the Senate legislation for a time certain to reduce our deployment in Iraq and bring our troops home safely, honorably and soon. We haven't been able to get it past the Senate or the president of the United States. iReport.com: Why haven't Democrats done more?
11. "So, on the basis of that, count me among the 70-some percent," she continued. "But that is one measure. The other measure that I'm more interested in is the one that talks about what is their view of Democrats. And the generic, who do you prefer to run the country on all of these issues? We're in double digits in any poll that you can take."
12. Republican National Committee spokesman Alex Conant derided Pelosi's comments as "the sort of partisan politics that Democrats once decried and promised to change."
13. "Rather than personally critique others, Speaker Pelosi should reconsider her own out-of-touch stance against oil exploration," he said. "With Americans paying record prices at the pump and Congress in gridlock, this is no time for the speaker to only offer personal attacks."
14. In the wide-ranging interview, the entirety of which will air Sunday on CNN's "Late Edition with Wolf Blitzer," Pelosi also reiterated her longtime opposition to lifting a congressional ban on offshore drilling as well as opening up areas such as the Arctic National Wildlife Refuge in Alaska for oil exploration. Bush and congressional Republicans have pushed for those two policy changes.
15. Pelosi has long opposed drilling offshore, a popular policy position among Californians, many of whom fear its environmental consequences along the state's coastline.
16. But a recent CNN/Opinion Research Corp. poll showed that more than 73 percent of Americans polled approved of lifting the 1981 ban, and the move holds support among many in Pelosi's own party, whose constituents are growing increasingly angry over rising gas prices.
17. Pelosi said the oil industry is not aggressively exploring large amounts of federal areas already leased to them and approved for drilling, including 33 million offshore acres and 68 million acres in the lower 48 states. She has sponsored legislation calling on oil companies to increase their production in those areas

before they are allowed to go into the offshore areas currently banned.
18. "Thirty-three million acres offshore are allowed for leasing," she said. "And we're saying to them, use it or lose it. You have the opportunity to drill there. When you have exhausted those remedies, then you can talk about something else."
19. She's also calling on the president to release 10 percent of the more than 700 million barrels of oil housed in the country's Strategic Petroleum Reserve.
20. Bush said Tuesday that he is against any release from the reserve, saying that stash is for emergencies only. He also disputed that it would have any effect on lowering gas prices.
21. "What we are saying is, Mr. President, free our oil from the Strategic Petroleum Reserve," Pelosi said. "We're saying, let's take 10 percent of that, which has been paid for by the American taxpayer, and use that to put on the market so that we increase supply, reduce price."
22. "And when the price comes down, we can buy back the oil at a lower price, put it in the SPR, use the spread for renewable energy resources."
23. The House speaker has faced heavy criticism from House Republican leader John Boehner, who is leading a congressional delegation to ANWR this weekend and has said Pelosi's action does not adequately address the problem.
24. He's also said Pelosi is leading the moderate faction of her party "off a cliff" by refusing to allow a vote in the House on offshore drilling.
25. "Just because John Boehner, who is my friend, has my respect, says it doesn't make it so," she responded, reiterating that she will block any vote to allow lifting the ban.

**All About** **Nancy Pelosi** • **U.S. Congress** • **Wolf Blitzer**

**Find this article at:**
http://www.cnn.com/2008/POLITICS/07/17/pelosi.interview/index.html

JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Anthony M. Bussie

(b) County of Residence of First Listed Plaintiff: Camden

(c) Attorney's (Firm Name, Address, Telephone Number and Email Address)
Pro Se
Anthony Bussie
1426 Decatur St
Camden, NJ 08104

## DEFENDANTS
George W. Bush Jr.

County of Residence of First Listed Defendant: Dallas, TX

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [X] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [X] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [X] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) (See instructions):
JUDGE: Noel Hillman
DOCKET NUMBER: 1:2009cv6516

Explanation:

DATE: 8/27/2010

SIGNATURE OF ATTORNEY OF RECORD: Anthony Bussie



Anthony Bussie
142b Decatur St
Camden, NJ 08104-1736

United State District Court
Martin Luther King Jr
50 Walnut Street
Newark, NJ 07101


